[Nos. 31166-2-I; 33300-3-I.    Division One.    March 28, 1994.]

*In the Matter of the Marriage of* JEROME H. COLLINS, *Appellant, and* JANIS KAY COLLINS, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 91-3-01912-0, Donald D. Haley, J., entered February 25, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Pekelis, J.

[No. 32688-1-I.    Division One.    March 28, 1994.]

PATRICK J. JORDAN, *Respondent*, v. THE DEPARTMENT OF LICENSING, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-27453-3, Sally Pasette, J., entered April 2, 1993. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid and Becker, JJ.

[No. 32669-4-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DALE THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-1-02315-6, Sally Pasette, J., entered March 26, 1993. *Affirmed* by unpublished per curiam opinion. Withdrawn January 17, 1995. See 76 Wn. App. 1068.

[No. 30082-2-I.    Division One.    March 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ERRON M. VELA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-8-06924-9, Stephen M. Gaddis, J. Pro Tem., entered January 27, 1992. *Affirmed* by unpublished per curiam opinion.